# Exhibit C

Business Law Group, P.A.
301 W. Platt St. #375
Tampa, FL 33606


Santiana Jean-Baptiste
5428 Limestone Lane
Lakeland, FL 33809


**CERTIFIED MAIL AND FIRST CLASS MAIL**

February 11, 2015

COBBLESTONE LANDING TOWNHOMES CONDOMINIUM ASSOCIATION, INC. 3301

Dear Santiana Jean-Baptiste:

    This firm represents COBBLESTONE LANDING TOWNHOMES CONDOMINIUM ASSOCIATION, INC. ("Cobblestone Landing Townhomes") whose physical address is Sandstone St Lakeland Florida, 33809. According to Cobblestone Landing Townhomes's records, you are the owner of unit 3301 (your "Unit") which has a delinquent assessment balance.

    Pursuant to ("Cobblestone Landing Townhomes")'s governing documents, you have been charged 18% finance charges on your delinquent assessment balance, plus administrative late fees of the greater of $25.00 or 5% of the delinquent assessment for each delinquent assessment. Please remit a check made payable to Business Law Group, P.A.

    As of this date, your outstanding balance is:

| | |
|---|---|
| Assessments | $3,780.52 |
| Finance Charges | $105.88 |
| Late Fees | $191.51 |
| Legal Costs | $3.78 |
| Legal Fees | $190.00 |
| Underwriting | $125.00 |
| **TOTAL BALANCE DUE** | **$4,396.69** |

    Checks should be made payable to Business Law Group, P.A. at the address below. You may also pay online by credit card at www.BLawGroup.com. Please indicate your Cobblestone Landing Townhomes building and unit number with the payment. If you disagree with these charges please complete the attached Dispute Form. To avoid miscommunications, this firm would prefer to communicate with you regarding a dispute in writing.

    If payment or a written dispute of amounts owed is not received within thirty (30) days of the date of this letter, the association will have the right to file a lien against your Unit. **THIS LETTER SHALL SERVE AS NOTICE OF INTENT TO LIEN REQUIRED BY SECTION 718.121, FLA. STAT.** The lien against your Unit will be for the above referenced amount plus additional attorneys fees and costs, additional finance charges and administrative late fees that will accrue after the 1st day your payment was due and other charges as determined by the Board of Directors of Cobblestone Landing Townhomes pursuant to its Declaration, including the acceleration of the remaining assessments being due and payable for the balance of this fiscal year.

    Please direct payment to Business Law Group, P.A. at the address below. Payments sent to Cobblestone Landing Townhomes will be returned and will cause additional delay in posting and will result in additional finance charges and administrative late fees.

    As to any owner who is currently in bankruptcy or whose debt has been discharged in bankruptcy, COBBLESTONE LANDING TOWNHOMES CONDOMINIUM ASSOCIATION, INC. is only exercising its rights against the Property described above, and is not attempting to hold the owner personally liable for any debt that has been discharged in bankruptcy.

---

2015CC-003069-0000-00     Received in Polk 07/02/2015 10:43 AM

Notice: The undersigned attorney may be considered a debt collector, and is attempting to collect a debt owed to the Association, and any information obtained will be used for that purpose. In the absence of any notice, unless you, within thirty (30) days after receipt of this letter, dispute the validity of the aforesaid debt (or any portion thereof) owing to the Association, this law firm shall assume that the said debt is valid. If you notify the undersigned within the said thirty (30) day period that the aforesaid debt, or any portion thereof, is disputed, the undersigned attorney shall obtain written verification of the said debt from the Association and will mail the same to you. If you dispute the amount due, please provide cancelled checks or other evidence of payment, if applicable.

Thank you in advance for your prompt payment of amounts owed to date.

Sincerely,

*[signature]*

Candice J Gundel Esquire

Enclosures: Dispute form
Cc: COBBLESTONE LANDING TOWNHOMES CONDOMINIUM ASSOCIATION, INC.

2015CC-003069-0000-00    Received in Polk 07/02/2015 10:43 AM